UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**NATALIE DAWN HALBERT,**
    Petitioner,

v.

**KIMBERLY NEELY,**
    Respondent.

**Case No. 7:23-cv-824-CLM-NAD**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss without prejudice Petitioner Natalie Halbert's petition for a writ of habeas corpus under 28 U.S.C. § 2241 based on her failure to exhaust her administrative remedies. (Doc. 14). The magistrate judge advised Halbert of her right to file objections within 14 days, but that time has expired without the court receiving any objections.

After considering the record and the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss Halbert's § 2241 petition without prejudice.

The court will enter a separate final order that carries out this ruling and closes this case.

**Done** on February 2, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE